IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEMYRON BISHOP,

    Plaintiff,

v.                                                                                                                   No. 2:19-cv-00600-RB-CG

FEDERAL GOVERNMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER
## DENYING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on Plaintiff's Affidavit of indecency [sic]/ motion of request of services tools, personnel, and all fundage/change of case type (Doc. 5), filed August 2, 2019 ("Affidavit of Indigency").

The Court liberally construes Plaintiff's Affidavit of Indigency as a motion to proceed *in forma pauperis* because it notifies the Court "of necessary funds needed in further process of court settings." The Court denies Plaintiff's motion to proceed *in forma pauperis* as moot because the Court has dismissed this case without prejudice for lack of jurisdiction. (*See* Doc. 3.)

The Court also notifies Plaintiff of the following. First, allowing a party to proceed *in forma pauperis* means only that the case can proceed without the party *prepaying* the filing fee and other costs. The Court will not provide funds or personnel to assist a party with the prosecution of his case. Second, Plaintiff emailed his motion to proceed *in forma pauperis* to the District of New Mexico's CM/ECF Helpdesk. To properly file a document in a case, Plaintiff must either hand deliver or mail the document to the Clerk's Office of the United States District Court, or electronically file the document, if Plaintiff is approved to do so by the presiding judge of the case.

*See* Guide for Pro Se Litigants at 13, April 2018. Emailing a document to the Court may result in the document not being filed in Plaintiff's case.

**IT IS ORDERED** that Plaintiff's Affidavit of indecency [sic]/ motion of request of services tools, personnel, and all fundage/change of case type (Doc. 5) is **DENIED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE