# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LEMYRON BISHOP,

    Plaintiff,

v.                                                                 No. 2:19-cv-00600-RB-CG

FEDERAL GOVERNMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER
## DENYING MOTION OF REQUEST/SUMMONS ISSUE

**THIS MATTER** comes before the Court on Plaintiff's Motion of Request/Summons Issue, filed August 19, 2019. (Doc. 7.)

Plaintiff asks the Court "to input the info in computer system for public verification." (*Id.* at 1.) The Court denies the Motion as moot because the Court dismissed this case on July 5, 2019, for lack of subject-matter jurisdiction. (*See* Doc. 3.)

This is the second motion that Plaintiff has filed after the Court dismissed this case. The Court notified Plaintiff that it denied the previous post-dismissal motion as moot because the Court had dismissed this case. (*See* Doc. 6.) The Court notifies Plaintiff that he may be subject to filing restrictions if he continues to file frivolous documents with the Court.

**IT IS ORDERED** that Plaintiff's Motion of Request/Summons Issue (Doc. 7) is **DENIED as moot.**

                                              _____
                                              ROBERT C. BRACK
                                              SENIOR U.S. DISTRICT JUDGE